```
SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
AMY MACLEAR (SBN: 215638)
amaclear@grsm.com
THOMAS WALSH (SBN: 311862)
twalsh@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY KAHLER<br><br>            Plaintiff,<br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 2:20-cv-06279-JFW-PLA<br><br>**ORDER RE DISMISSAL**<br><br>Sup. Ct. Comp. filed: June 12, 2020 |

## ORDER

Based on the foregoing stipulation, the action shall be, and herby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

DATED: December 28, 2020

                                                      Hon. John F. Walter
                                                      United States District Judge